**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

DANIEL D. HOGAN,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

CASE NO. 5:16-cv-14127-JCO-SDD

Honorable John Corbett O'Meara

Magistrate Judge Stephanie Dawkins Davis

/

| | |
|---|---|
| SHERYL A. LAUGHREN (P34697) | ERIC P. MATHISEN (IN # 19475-71) |
| Berry Moorman, P.C. | Ogletree, Deakins, Nash, Smoak & Stewart PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 535 Griswold St., Suite 1900 | 56 S. Washington St., Suite 302 |
| Detroit, MI 48226 | Valparaiso, Indiana 46383 |
| (313) 496-1200 | (219) 242-8666 |
| (313) 496-1300 (Fax) | (219) 242-8669 (Fax) |
| slaughren@berrymoorman.com | eric.mathisen@ogletreedeakins.com |

/

## NOTICE OF SETTLEMENT

Defendant, Aetna Life Insurance Company, by counsel, and notifies the Court that the parties have recently reached a settlement in principle. The parties will be finalizing and formalizing the settlement and release agreement and anticipate filing a Stipulation of Dismissal within 45 days.

                              Respectfully submitted,
                              OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART, P.C.

                              By: s/ Eric P. Mathisen
                              Eric P. Mathisen, IN Bar No. 19475-71
                              56 S. Washington St., Suite 302
                              Valparaiso, IN 46383
                              Phone: 219-242-8666
                              Fax:   219-242-8669
                              eric.mathisen@ogletreedeakins.com
                              ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing *NOTICE OF SETTLEMENT* was filed electronically on March 21, 2017 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

    Sheryl A. Laughren
    slaughren@berrymoorman.com

    I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *NOTICE OF SETTLEMENT* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

    NONE

    s/ Eric P. Mathisen
    Eric P. Mathisen