**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL D. HOGAN,

    Plaintiff,

    v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

CASE NO. 5:16-cv-14127-JCO-SDD

Honorable John Corbett O'Meara

Magistrate Judge Stephanie Dawkins Davis

_____/

| | |
|---|---|
| SHERYL A. LAUGHREN (P34697) | ERIC P. MATHISEN (IN # 19475-71) |
| Berry Moorman, P.C. | Ogletree, Deakins, Nash, Smoak & Stewart PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 535 Griswold St., Suite 1900 | 56 S. Washington St., Suite 302 |
| Detroit, MI 48226 | Valparaiso, Indiana 46383 |
| (313) 496-1200 | (219) 242-8666 |
| (313) 496-1300 (Fax) | (219) 242-8669 (Fax) |
| slaughren@berrymoorman.com | eric.mathisen@ogletreedeakins.com |

_____/

## STIPULATED ORDER OF DISMISSAL

Come now the parties, by counsel, and stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and in support thereof, state that all matters previously in dispute between them have been resolved. A Notice of Settlement has been filed with the Court [Doc. 11].

    SO ORDERED.

Date: May 2, 2017                      s/John Corbett O'Meara
                                         United States District Judge

| | |
|---|---|
| s/ Sheryl A. Laughren | s/ Eric P. Mathisen |
| SHERYL A. LAUGHREN (P34697) | ERIC P. MATHISEN (IN # 19475-71) |
| Berry Moorman, P.C. | Ogletree, Deakins, Nash, Smoak & Stewart PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant |

| | |
|---|---|
| 535 Griswold St., Suite 1900 | 56 S. Washington St., Suite 302 |
| Detroit, MI 48226 | Valparaiso, Indiana 46383 |
| (313) 496-1200 | (219) 242-8666 |
| (313) 496-1300 (Fax) | (219) 242-8669 (Fax) |
| slaughren@berrymoorman.com | eric.mathisen@ogletreedeakins.com |